7/8/15, x8971

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

JUL 08 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | ) | Mag. Case Number:_____ |
| | ) | '15 MJ 2078 |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| v. | ) | Title 21, U.S.C., Sections 952 and 960 |
| | ) | Importation of a Controlled Substance |
| Luis Alfonso CRUZ-Lopez, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

The undersigned complaint being duly sworn states:

On or about July 7, 2015, within the Southern District of California, Luis Alfonso CRUZ-Lopez did knowingly and intentionally import approximately 22.24 kilograms of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Adam Beckhelm
Special Agent
Homeland Security Investigations (HSI)

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 8th DAY OF JULY, 2015.

_____
MAGISTRATE JUDGE

United States of America
      VS.
**Luis Alfonso CRUZ-Lopez**

## STATEMENT OF FACTS

I, Special Agent Adam Beckhelm of Homeland Security Investigations, declare under penalty of perjury, the following is true and correct:

On or about July 7, 2015 at approximately 5:47 a.m., Luis Alfonso CRUZ-Lopez (CRUZ) applied for admission into the United States from Mexico via the Otay Mesa, California, Commercial Port of Entry. CRUZ was the driver and sole occupant of a 2014 Freightliner Tractor bearing California license plate 9F10046. CRUZ was hauling a refrigerated Trailer bearing California license plate 4NK9716. The U.S. Customs and Border Protection (CBP) Officer at the primary inspection area obtained two negative customs declarations from CRUZ and referred to X-Ray for further examination.

The trailer was screened at X-Ray and the CBP Officer noticed dense areas in the floor of the trailer above the rear tires. The CBP Officer then referred CRUZ and the tractor trailer to secondary for further inspection.

CBP Officers inspected and drilled the area of interest annotated on the X-Ray image and extracted an off white powdery substance. The substance field-tested positive for the properties of cocaine.

CBP officers removed 20 packages from a compartment hidden in the bed of the empty trailer. Total weight was 22.24 kilograms (49.03 pounds) and field tested positive for heroin. It is unknown why the initial test was positive for cocaine.

CRUZ was arrested for violating Title 21, United States Code, Sections 952/960-Unlawful Importation of a Controlled Substance. CRUZ will be booked into the Metropolitan Correctional Center, San Diego, CA on the above charges.